IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESTER E. COOK,** | : | Civil No. 1:14-cv-0053 |
| Plaintiff, | : | |
| v. | : | |
| **STEVEN GLUNT, et al.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW** this 21ˢᵗ day of October, 2016, it is hereby Ordered as follows:

1) The Report and Recommendation of the Magistrate Judge is adopted.

2) The petition for a writ of habeas corpus is dismissed with prejudice.

3) Cook's second motion for release is deemed as moot.

4) The court declines to issue a certificate of appealability.

5) The Clerk of Court is directed to close this file.

                                                s/Sylvia Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge